AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

KALAFONZIA PUGH

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:25CR40001-001
USM No. 14885-010

Jessica Yarbrough
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations One through Four of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition #3: Use of a Controlled Substance | November 12, 2024 |
| Two | Mandatory Condition #3: Use of a Controlled Substance | January 16, 2025 |
| Three | Mandatory Condition #3: Use of a Controlled Substance | January 21, 2025 |
| Four | Mandatory Condition #1: New Law Violation | June 26, 2025 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ______ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 2449

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Hope, Arkansas

August 19, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior U.S. District Judge
Name and Title of Judge

August 19, 2026
Date

DEFENDANT: KALAFONZIA PUGH
CASE NUMBER: 4:25CR40001-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Twenty-four (24) months in the Bureau of Prisons with credit for time served. There will be no term of supervised release to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed at FCI Texarkana.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________ ☐ a.m. ☐ p.m. on ________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

________

________

________

Defendant delivered on ________ to ________

at ________ with a certified copy of this judgment.

________
UNITED STATES MARSHAL

By ________
DEPUTY UNITED STATES MARSHAL